UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Janice M. Dow,                          :
    Plaintiff,                          :
                                        :
        v.                          : File No. 2:10 CV 126
                                        :
Michael J. Astrue,                      :
Commissioner of Social Security,        :
    Defendant.                          :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed August 4, 2011. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The plaintiff's motion to reverse and remand(Doc. 10) is **GRANTED in part** and, the Commissioner's Motion to affirm (Doc. 18) is **DENIED.**

Dated at Burlington, in the District of Vermont, this 24th day of August, 2011.

                                      /s/ William K. Sessions III
                                      William K. Sessions III
                                      U.S. District Court Judge